UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 1

```
CTI DOOR COMPONENTS,
                        Plaintiff,
        v.
UNITED STATES,
                        Defendant.
```

**S U M M O N S**

Court No. 25-00041

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry: Los Angeles, CA, etc. | Center (if known): CEE009 |
| Protest Number: 270424169476 | Date Protest Filed: 2/26/2024 |
| Importer: CTI Door Components | Date Protest Denied: 8/09/2024 |
| Category of Merchandise: articles of wood | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BYF00263819, etc. | 9/21/2020, etc. | 8/30/2023, etc. | | | |
| (See Attached Schedule) | | | | | |
| | | | | | |
| | | | | | |

Kayla Owens, Esq.
Stein Shostak Shostak Pollack & O'Hara, LLP
445 S. Figueroa St., Ste 2388
Los Angeles, CA 90071
(213) 630-8888   kowens@steinshostak.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Protest was made against CBP's liquidation of the entries under the incorrect AD case and at the incorrect AD & CVD rates.

The issue which was common to all such denied protests:

The correct AD & CVD case numbers and rates applicable to the merchandise.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/S/ Kayla Owens
*Signature of Plaintiff's Attorney*

February 4, 2025
*Date*

## SCHEDULE OF PROTESTS

CEE009

Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00263819 | 09/21/2020 | 08/30/2023 | 2704 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00263827 | 10/01/2020 | 08/30/2023 | 2704 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00264288 | 10/12/2020 | 08/30/2023 | 2704 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00264924 | 10/13/2020 | 08/30/2023 | 2704 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00264932 | 10/19/2020 | 08/30/2023 | 4501 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00264957 | 10/13/2020 | 08/30/2023 | 2704 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00264973 | 09/21/2020 | 08/30/2023 | 3901 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00264981 | 09/20/2020 | 08/30/2023 | 3901 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00264999 | 09/21/2020 | 08/30/2023 | 3901 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00265004 | 09/21/2020 | 08/30/2023 | 3901 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00265020 | 10/18/2020 | 08/30/2023 | 2704 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00265434 | 10/19/2020 | 08/30/2023 | 4501 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00265459 | 09/22/2020 | 08/30/2023 | 3901 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00265483 | 09/23/2020 | 08/30/2023 | 3901 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00265491 | 09/23/2020 | 08/30/2023 | 3901 |
| 270424169476 | 2/26/2024 | 8/09/2024 | BYF00265897 | 09/25/2020 | 08/30/2023 | 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)